**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-______** |
| **v.** | : | **DATE FILED: __________** |
| **JACLYN D. DIIORIO**<br>**a/k/a "D"** | :<br>:<br>: | **VIOLATIONS:**<br>**18 U.S.C. § 1958(a) (use of interstate commerce facilities in the commission of murder-for-hire – 2 counts)**<br>**Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

From on or about March 30, 2025, to on or about April 5, 2025, in the Eastern District of Pennsylvania, and in the District of New Jersey, defendant

**JACLYN D. DIIORIO,**
**a/k/a "D,"**

used and caused another to use a facility of interstate commerce, that is, a cellular phone, with intent that the murder of Person #1, known to the grand jury, be committed in violation of the laws of Commonwealth of Pennsylvania, that is, Title 18, Pennsylvania Consolidated Statutes Annotated, Sections 2502 and 306, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, that is, United States currency.

In violation of Title 18, United States Code, Section 1958(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about March 30, 2025, to on or about April 5, 2025, in the Eastern District of Pennsylvania, and in the District of New Jersey, defendant

**JACLYN D. DIIORIO,**
**a/k/a "D,"**

used and caused another to use a facility of interstate commerce, that is, a cellular phone, with intent that the murder of Person #2, known to the grand jury, be committed in violation of the laws of Commonwealth of Pennsylvania, that is, Title 18, Pennsylvania Consolidated Statutes Annotated, Sections 2502 and 306, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, that is, United States currency.

In violation of Title 18, United States Code, Section 1958(a).

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Section 1958(a), set forth in Counts One and Two of this indictment, defendant

**JACLYN D. DIIORIO,**
**a/k/a "D,"**

shall forfeit to the United States of America:

a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, to include $500.00 in United States Currency, and;

b) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violation.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**

[redacted]

Salvatore L. Astolfi for
**DAVID METCALF**
**United States Attorney**

*No.*__________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**JACLYN D. DIIORIO**
**a/k/a "D"**

INDICTMENT

Counts
**18 U.S.C. § 1958(a) (use of interstate commerce facilities in the commission of murder-for-hire – 2 counts)**
**Notice of forfeiture**

[redacted]